AUSA  Susan Fairchild (313) 226-9577
Special Agent  Joseph Camaj (313) 316-7331

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
v.

Jesus MARTINEZ GAMEZ

Case No.

Case: 2:24−mj−30214
Assigned To : Unassigned
Assign. Date : 6/4/2024
Description: RE: JESUS MARTINEZ GAMEZ (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 13, 2024 _____ in the county of _____ Oakland _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about May 13, 2024, in the Eastern District of Michigan, Southern Division, Jesus MARTINEZ GAMEZ, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about May 15, 2023, at or near Brownsville, Texas and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a).

☐ Continued on the attached sheet.

_____
Complainant's signature

Joseph Camaj, Deportation Officer, ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ June 4, 2024 _____

City and state: _ Detroit, MI _

_____
Judge's signature

R. STEVEN WHALEN                    U.S. Magistrate Judge
Printed name and title

<u>AFFIDAVIT</u>

I, Joseph Camaj, declare the following under penalty of perjury:

1.   I am a Deportation Officer employed with Immigration and Customs
     Enforcement (ICE) of the United States Department of Homeland
     Security, having served with ICE as a Deportation Officer since July
     2007.  The facts set forth herein are based upon my personal knowledge
     as well as information provided by other law enforcement officers and
     record checks of law enforcement databases.  I have also reviewed
     relevant immigration records relating to Jesus MARTINEZ-GAMEZ,
     which reveal the following:

2.   Jesus MARTINEZ-GAMEZ is a twenty-nine-year-old citizen and a
     native of Mexico who last entered the United States on an unknown date,
     at an unknown place, without inspection by the U.S. Department of
     Homeland Security.

3.   On July 24, 2020, Immigration and Customs Enforcement / Enforcement
     and Removal Operations (ICE / ERO) in Detroit, MI encountered
     MARTINEZ-GAMEZ at or near Detroit, MI and served him Form I-862,
     Notice to Appear pursuant to section 212(a)(6)(A)(i) of the INA.

4.   On August 11, 2020, the Office of the Principal Legal Advisor (OPLA)
     served MARTINEZ-GAMEZ Form I-261, Additional Charges of
     Inadmissibility / Deportability adding the charge pursuant to section
     212(a)(2)(A)(i)(II) of the INA.

5.   On September 2, 2020, an Immigration Judge in Detroit, MI ordered
     MARTINEZ-GAMEZ removed to Mexico from the United States.

6.   On September 8, 2020, ICE removed MARTINEZ-GAMEZ from the
     United States to Mexico, afoot, via the Hidalgo, TX Port of Entry.

7.   On March 11, 2021, the United States Border Patrol (USBP) encountered
     MARTINEZ-GAMEZ illegally present in the United States at or near
     Yuma, AZ and expelled him back to Mexico on the same date through

1

the San Luis, Arizona Port of Entry under Operation Capio, in accordance with Title 42 U.S.C. Section 265.

8.  On March 13, 2021, the United States Border Patrol (USBP) encountered MARTINEZ-GAMEZ illegally present in the United States at or near Yuma, AZ and expelled him back to Mexico on the same date through the San Luis, Arizona Port of Entry under Operation Capio, in accordance with Title 42 U.S.C. Section 265.

9.  On May 3, 2021, ICE / ERO Detroit placed a detainer on previously removed non-citizen, MARTINEZ-GAMEZ, at Oakland County Jail in Pontiac, MI pending driving under influence charges. On that same date, the Detroit ICE Criminal Apprehension Program (CAP) team transported MARTINEZ-GAMEZ to the ICE Detroit Field Office and served him with Form I-871, Notice of Intent / Decision to Reinstate Prior Order.

10. On July 21, 2021, MARTINEZ-GAMEZ was prosecuted in the United States District Court for the Eastern District of Michigan, for Unlawful Re-Entry Following Removal, in violation of 8 USC §1326(a). He was sentenced to time served; with a special condition of supervision that he not reenter the United States without permission from the proper authorities.

11. On August 11, 2021, ICE removed MARTINEZ-GAMEZ from the United States to Mexico, afoot, via the Brownsville, TX Port of Entry.

12. On August 15, 2021, the United States Border Patrol (USBP) encountered MARTINEZ-GAMEZ illegally present in the United States at or near Yuma, AZ and served him with Form I-871, Notice of Intent / Decision to Reinstate Prior Order.

13. On February 14, 2022, MARTINEZ-GAMEZ was prosecuted in the United States District Court for the District of Arizona, for Unlawful Re-Entry Following Removal, in violation of 8 USC §1326(a) and 8 USC §1326(b)(1). He was sentenced to the custody of the Bureau of Prisons for a term of eleven (11) months, with credit for time served, and with a special condition of supervision that he does not reenter the United States without permission from the proper authorities.

14. On December 27, 2022, MARTINEZ-GAMEZ filed Form I-589, Application for Asylum and for Withholding of Removal in Withholding only proceedings at Stewart Immigration Court, Lumpkin, GA.

15. On April 18, 2023, an Immigration Judge in Lumpkin, GA ordered MARTINEZ-GAMEZ'S request for Withholding of Removal under Immigration and Nationality Act § 241(b)(3) denied; Withholding of Removal under the Convention Against Torture denied; and Deferral of Removal under the Convention Against Torture denied.

16. On May 15, 2023, ICE removed MARTINEZ-GAMEZ from the United States to Mexico, afoot, via the Brownsville, TX Port of Entry.

17. On April 25, 2024, ICE ERO Detroit received a biometric ACRIME (Alien Criminal Response Information Management System) hit on Jesus MARTINEZ-GAMEZ from the Rochester City Police Department. MARTINEZ-GAMEZ was traveling with Danielle Marie Hernandez, the driver, who was driving a white 2003 Ford Explorer with several items (lanyards, necklaces, air freshers) hanging from the rear-view mirror, a missing rear window replaced with plastic bag type material, a suspended license, and several warrants for her arrest. MARTINEZ-GAMEZ, a passenger, was not sure of the spelling of his first name and provided a last name of "Linares." Both Danielle and MARTINEZ-GAMEZ were transported to Rochester City Police Department for processing and later released pending investigation.

18. On or about May 1, 2024, ICE Officers reviewed immigration file records and Department of Homeland Security electronic records, which revealed that MARTINEZ-GAMEZ, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, following his removal on May 15, 2023.

19. On May 15, 2024, officers assigned to Field Operations traveled to a specific residence in Pontiac, MI in search of targeted criminal alien, Jesus MARTINEZ-GAMEZ, who did not appear to be at this residence. Further checks revealed that on May 13, 2024, the Waterford

3

Police Department encountered Danielle Marie Hernandez who reported she was the victim of CSC 1st Degree, and the suspect is Jesus MARTINEZ-GAMEZ. ICE Officers obtained a copy of the police report and traveled to Case Lake Hotel, located at 120 S Telegraph Rd, Waterford, MI 48328, where the assault was reported to have occurred. The Case Lake Hotel surveillance footage was reviewed and both Danielle and MARTINEZ-GAMEZ are seen at separate times in the parking lot of the hotel.

20. Based on the above information, I believe there is probable cause to conclude that Jesus MARTINEZ GAMEZ, is a non-citizen, who was found in or reentered the United States after deportation or removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security, all in violation of Title 8, United States Code, Section 1326(a).

Joseph Camaj
Deportation Officer, ICE

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

Honorable R. STEVEN WHALEN
United States Magistrate Judge

June 4, 2024

4